EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

SEALED BY ORDER OF THE COURT

ELLIOT ENOKI
First Assistant U.S. Attorney

WES R. PORTER
Sp. Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Telephone: 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 2 8 2002

at 2 o'clock and 02 min. P.M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR02 00103 SOM |
| Plaintiff, ) | INDICTMENT |
| vs. ) | [18 U.S.C. § 922(g)(1); |
| BYRON HIROSHI COCKETT, ) | 18 U.S.C. § 922(g)(3); |
| Defendant. ) | 18 U.S.C. § 924(a)(2)] |

I N D I C T M E N T

COUNT 1

The Grand Jury charges that:

On or about December 26, 2000, in the District of Hawaii, defendant BYRON HIROSHI COCKETT, having been convicted of

a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce a firearm, that is, a Walther .32 caliber, semi-automatic pistol bearing Serial Number 275308 K.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT 2

The Grand Jury further charges that:

On or about December 26, 2000, in the District of Hawaii, defendant BYRON HIROSHI COCKETT, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce ammunition, described as: seven (7) rounds of .32 caliber CCI ammunition.

All in violation of Title 18 United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT 3

The Grand Jury further charges that:

On or about December 26, 2000, in the District of Hawaii, defendant BYRON HIROSHI COCKETT, then being an unlawful user of a controlled substance as defined in Title 21, United States Code, Section 802, did knowingly possess in and affecting

commerce a firearm, to wit, a Walther .32 caliber, semi-automatic pistol bearing Serial Number 275308 K.

In violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

DATED: _3/28_, 2002 at Honolulu, Hawaii.

A TRUE BILL

/s/

_____
FOREPERSON, Grand Jury

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
WES R. PORTER
Sp. Assistant U.S. Attorney

United States v. Byron Hiroshi Cockett
Cr. No.
"INDICTMENT"